_____

### No. 23-35466

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

THE ESTATE OF BISHAR ALI HASSAN, AHMED HASSAN,
and BILAY ADEN IDIRIS

Plaintiffs - Appellants,

v.

MUNICIPALITY AND CITY OF ANCHORAGE, MATTHEW HALL,
NATHAN LEWIS, BRETT EGGIMAN, DOES 1-20, inclusive

Defendants – Appellees

On Appeal from the U.S. District Court for Alaska
No. 3:21-cv-00076-SLG (Hon. Sharon L. Gleason)

## SUPPLEMENTAL EXCERPTS OF RECORD

Attorneys for Appellees
Municipality and City of Anchorage,
Matthew Hall, Nathan Lewis and
Brett Eggiman

Pamela D. Weiss
Guess & Rudd P.C.
1029 W. 3rd Avenue, Suite 400
Anchorage, AK 99501
Phone: 907-793-2200
pweiss@guessrudd.com

# INDEX

**Page**

1.  Forensic Video Analysis by Grant Fredericks
    Docket 34-3, pps. 23-46 (03/25/2022) ........................................................ 3

2.  Interview of Officer Eggiman
    Docket 34-1, pps. 12-20 (04/05/2019) ........................................................ 28

3.  CAD Incident History Detail
    Docket 34-1, pps. 4-11 (04/01/2019) ........................................................ 37

Estate of Bishar HASSAN, Ahmed HASSAN &
Bilay Aden Idiris,

Plaintiffs,

Vs.

Municipality & City of Anchorage, Matthew
Hall, Nathan Lewis, Brett Eggiman, & Does 1-
20, Inclusive

Defendants.

# Forensic Video Analysis

Pamela D. Weiss
Assistant Municipal Attorney
Municipality of Anchorage
632 W.6th Avenue, Suite 730 Anchorage, Alaska
99501

Prepared by Grant Fredericks, Analyst,
Forensic Video Solutions, Inc.
March 25, 2022

Forensic Video Solutions, 11001 East Coyote Rock Lane, Spokane Valley, WA 99206
509 467-3559
www.forensicvideosolutions.com
SER-3
Confidential                          Page 1                          3/25/2022
Case 3:21-cv-00076-SLG   Document 34-3   Filed 10/05/22   Page 2 of 46   MOA 001027

## Table of Contents

Introduction ........................................................................................................ 3

Summary ............................................................................................................. 5

Qualifications ..................................................................................................... 7

Compensation .................................................................................................... 11

Primary Equipment & Software Used ............................................................. 11

Exhibits ............................................................................................................. 12

Technical Considerations .................................................................................. 13

Analysis .............................................................................................................. 14

Opinion ............................................................................................................... 24

SER-4

## Table of Contents

Introduction ........................................................................................................... 3

Summary ................................................................................................................ 5

Qualifications ........................................................................................................ 7

Compensation ..................................................................................................... 11

Primary Equipment & Software Used ................................................................ 11

Exhibits ............................................................................................................... 12

Technical Considerations ................................................................................... 13

Analysis ............................................................................................................... 14

Opinion ............................................................................................................... 24

# Introduction

On July 14, 2021, I was first contacted by Assistant Municipal Attorney Pamela Weiss, in relation to the shooting death of Mr. Bishar Ali Hassan.

On July 30, 2021, I was retained as a Forensic Video Analyst to examine a number of in-car video and audio recording systems, to consider the complaint by Plaintiffs, to provide a written report, and to offer opinions if appropriate.

In various communications, I have been asked to review the complaint by the Plaintiff and to compare elements of the complaint with the provided audio and video data.

Specifically, I was asked to attempt to answer the following questions:

1. Is there any evidence from the provided video data that a police siren was active on Officers Hall, Eggiman, or Lewis' vehicles?

2. Did Mr. Hassan stop walking toward officers when he was ordered to stop or at anytime before he was shot?

3. Do the available audio recordings from the police vehicles indicate whether or not Mr. Hassan audibly stated that he had a toy gun?

4. Did Mr. Hassan speak in a manner that was captured by the audio recording systems, that could be heard, understood and reliably reproduced by playing back the audio?

Confidential 3/25/2022

MOA-001029

5. By examining a synchronized perspective of all three in-car video camera recordings, is it possible to reliably observe and forensically describe the manner with which Mr. Hassan manipulated his gun, if he did, prior to being shot?

6. By examining a synchronized perspective of all three in-car video camera recordings, is it possible to forensically track the trajectory, path, or movement of any projectiles that were fired by police and to determine how many shots fired by Officer Hall struck Mr. Hassan?

7. By examining a synchronized perspective of all three in-car video camera recordings, are you able to determine timing of each shot in order to assist other experts to in their evaluation of the events of the shooting?

## Summary

In relation to the provided work request and questions, this report will show that:

1. No police siren was sounded after the first audio recording started at 17:52:35 (Hall camera timeline).

2. Mr. Hassan did not stop moving toward officers prior to being shot.

3. The audio recording does not reproduce intelligible words from Mr. Hassan to know whether or not he stated that he had a toy gun. However, although I am unable to determine what Mr. Hassan was saying prior to being shot, I defer this question to the audio expert, Mr. David Hallimore.

4. Upon listening to the audio recordings, I am unable to determine intelligible words from Mr. Hassan. However, I defer this question to the audio expert, Mr. David Hallimore.

5. This report will show that Mr. Hassan held his right hand in a position a short distance from the right side of his body, and in under two seconds, he was able to draw his gun and direct the barrel of the gun toward Office Hall.

6. This report will show that a number of the projectiles from the police weapons can be tracked. This report will show that Officer Hall fired eight shots and that at least five of his rounds did not strike Mr. Hassan.

7. This report will show that a total of thirteen shots were fired in the following timing:

   - Shot 1: 0.000
   - Shot 2: 0.324
   - Shot 3: 0.560
   - Shot 4: 0.637
   - Shot 5: 0.782
   - Shot 6: 0.856

SER-8

MOA001031

- Shot 7: 1.036

- Shot 8: 1.114

- Shot 9: 1.248

- Shot 10: 1.372

- Shot 11: 1.573

- Shot 12: 2.24

- Shot 13: 2.407

SER-9

## Qualifications

I am a Certified Forensic Video Analyst with extensive experience in the recovery, scientific examination, and evaluation of recorded video and audio information involving criminal and civil investigations in the United States (US), Canada, the United Kingdom (UK), and elsewhere. I have been continuously active in this science since 1984.

I attained an undergraduate degree in Television Broadcast Communications, with an emphasis on television engineering in 1982.

As a Forensic Video Analyst, I have processed thousands of videotapes and computer discs containing digital multimedia evidence for both criminal and civil cases. I have been providing expert testimony as a Forensic Video Analyst since the early 1990's. In the past ten (10) years I have provided expert testimony in the field of Forensic Video Analysis more than one hundred and fifty (150) times in US and Canadian courts at all levels. I have testified as an expert in Forensic Video Analysis in Washington State, Arizona, California, Colorado, Connecticut, Florida, Idaho, Illinois, Iowa, Maine, Massachusetts, Michigan, Missouri, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Ohio, Oregon, Pennsylvania, South Carolina, Texas, British Columbia, Alberta, Manitoba, New Brunswick, Ontario, the Yukon Territories; London, England, Auckland, New Zealand, and in the Cayman Islands.

From 1999 until December of 2012, I was the Principal Instructor for a series of Forensic Video Analysis courses offered by the Law Enforcement & Emergency Services Video Association (LEVA), a non-profit organization that to date had trained more than 3000 law enforcement and private sector video analysts from around the world.

SER-10

From 2006 until December of 2012, I was the Team Leader for LEVA's Forensic Video Analysis Certification Program.

From 1998 until 2013, I was the Team Leader of LEVA's Curriculum Development Committee, and I continued as an active member of the Committee until 2016.

I have been an active member of LEVA since 1994 and I continue offering instruction in the science of forensic video analysis.

For the last nineteen (20) years, I have been a contract instructor of Forensic Video Analysis and Digital Multimedia Evidence Processing for the Federal Bureau of Investigation (FBI) National Academy in Quantico, VA. I continue to teach all four annual FBINA Sessions. I am also currently an instructor of video uses for law enforcement for the FBI's National Command Center, National Executive Institute, and Law Enforcement Executive Development Center.

From 2006 until 2014, I was the Digital Video Advisor to the International Association of Chiefs of Police (IACP) for its In-Car Video project and for its Digital Interview Room Standards project, which was funded by the US Department of Justice (DOJ). These programs are focused specifically on the development of compression standards for improved performance of digital video systems to ensure accurate presentation in court. I am a co-author of the national standards for mobile video recording systems for law enforcement.

From 2004 until 2016, I was an instructor of Forensic Video Analysis at the University of Indianapolis, IN. I provided more than 2900 hours of classroom instruction to video analysts from throughout the world who have attended the university's Digital Multimedia

SER-11

Evidence Processing Lab. Students serve as video analysts, primarily from law enforcement agencies in the US, Canada, the UK, Australia, and Asia. Each of the courses focused on digital video encoding and analog video engineering principles, and on the application of proper scientific methodologies for processing digital multimedia evidence, including scientific techniques used to determine image timing intervals to accurately convert time-lapsed video into real-time video for synchronization of separately recorded video and audio sources.

One of the courses that I taught at the University of Indianapolis is entitled Photographic/Video Comparisons, which focuses on the identification of vehicles, clothing, and weapons captured to digital and analog video recording sources. Vehicle identification examines class and unique characteristics of Questioned Vehicle, and often included headlight spread pattern analysis. Clothing identification examinations often involve comparing fabrics recorded under the influence of infrared illumination. I have conducted fabric analysis examinations throughout North America and other locations, and I have taught extensively on the influences of infrared illumination and its effect on fabrics recorded to video. I taught courses in Photographic/Video Comparisons of vehicles and clothing in Canada at the British Columbia Institute of Technology, in the UK, and in Indianapolis for each of the twenty (20) years from 1998 to 2017. This course is accredited by LEVA, which recognizes the course in its Forensic Video Analysis Certification Program.

A significant element of the Photographic/Video Comparison course material, and of the other courses that I teach, involves the science of Reverse Projection Photogrammetry. Reverse Projection is the scientific process of obtaining accurate measurements and making accurate observations from photographic and video images. Reverse Projection has been used among imaging scientists, investigators, and in US courts regularly for more

<div align="center">SER-12</div>

than forty (40) years as a tool to reproduce crime and accident scenes, to conduct measurements and to make other accurate observations. I have conducted calibrated measurements of video images using various technologies including 3D scanners, photographs, aerial drone video and drone images.

Each of the courses that I teach focuses on reflection of light, both visual and infrared, pixel tracking, digital compression technology applications, macroblock analysis, motion vector analysis, color measurement/analysis, speed estimation, and on digital and analog artifact (error) identification for the purpose of ensuring accurate interpretation of video evidence.

I am a former Police Officer with the City of Vancouver Police Department in Canada where I was assigned to the Criminal Investigation Division as the head of the department's Forensic Video Unit.

SER-13

MOA-001036

## Compensation

See attached Fee Schedule

## Primary Equipment & Software Used

- iNPUT-ACE v 2.7.2
- MediaInfo 0.7.72
- Photoshop 2022
- Bridge 2022
- QuickTime Pro 7.7.2
- HxD Hex Editor 2.0.0.0

SER-14

## Exhibits

All information, any and all of the underlying foundational or support materials, and/or any portion thereof within this document, or any of its references or attachments, are to be considered important exhibits with regard to this case and this report.

All images, videos, recordings, methods, procedures, etc. are all to be considered exhibits that are hereby fully incorporated, and are an integral part of this report, and may be used at any time during any aspect of proceedings associated with this case, including, but not limited to, deposition and/or trial as exhibits to aid in my testimony or presentation.

In order to attempt to answer the posed questions, I was provided with the following exhibits for my analysis:

**Item 1.**    MatthewHall_201904011751_350048_48110394.mp4

**Item 2.**    BrettEggiman_201904011751_35832_35207834.mp4

**Item 3.**    NathanLewis_201904011742_35882_39955599.mp4

**Item 4.**    MOA 981 - Walmart Video

**Item 5.**    MOA 980 - Bus Video

**Item 6.**    Complaint.PDF

Each of these items was reviewed in detail.

SER-15

# Technical Considerations

During the examination of the video in this case, careful consideration was given to technical variables that can introduce errors into the image, and that could result in the misinterpretation of the images by an untrained observer of compressed video images. Some of the variables that require accurate interpretation include:

- Object location and shape adjusted by lens distortion
- Image refresh rates
- Variable image refresh rate analysis for video synchronization
- Motion blur caused by speed of movement

SER-16

MOA001039

## Analysis

Individually, the three in-car video systems provide a single perspective of the events. In order to present a more complete evaluation of what occurred in front of the cameras, the three cameras were synchronized. The included *Synchronized 3 Camera Perspective.mp4* video is an accurate real time visual and audible reproduction of the events from the combined cameras.

It is important to understand that the three camera systems operate independently from each other. They sample each video frame at a slightly different moment in time. Additionally, although the cameras have an average frame rate of ~30 frames per second, the actual image refresh rate for each camera is variable. Variable image refresh rate encoding systems often result in dropped images, as do the Watchguard Camera systems employed in this case. In other words, most images are separated in time by ~33 milliseconds (ms), but a few images are separated by ~66 ms or longer.

In order to maintain synchronization among the three cameras, where images are separated by ~66 ms, those images are held for the extra timing. As a result, each camera plays back using the same timing as they were recorded. Each camera in the demonstrative plays back in real time, just as they are intended to be displayed by the manufacturer.

Metadata in each of the files identifies which video frames are recorded at a variable rate. A visual observation of the images also confirms their variability.

Although the video stream of each camera contains some variability, the audio stream does not. The audio stream is an accurate linear record of audible events and is used to verify

SER-17

MOA001040

the real time events, specifically the moment of each shot and any other audible event relevant to this analysis.

It is important to note that, by design, each camera samples an image at a specific moment in time. The camera system then waits for a short period of time (~33ms) before the next image is encoded. The moment of encoding is different for each camera. As a result, the cameras will not capture the exact same moment in time in most cases. Also, since the timing of the shots is random, images are not encoded at the exact same moment of each shot. The demonstratives in this report identify the visual moments of each shot by bookending the shots with an image that was encoded a few ms before the actual moment of the shot and the image following the actual moment of the shot. As a result, the images often show gasses and projectiles ejected from the weapon(s), but no muzzle flashes.

The included *Synchronized Video_Analysis.pdf* demonstrative is an image-by-image reproduction of the synchronized three camera view, but without the audio stream. This demonstrative relies on the audio timing, but it is intended to be used to evaluate and demonstrate movement, bullet trajectory, and timing.

The demonstrative contains slide numbers at the bottom right corner of each slide for reference purposes.

A timestamp, based on the timing found in the metadata of the Hall video, is displayed at the top left corner of each slide.

Officer Eggiman's camera view is positioned on the left, Officer Hall's camera view is positioned on the right, and Officer Lewis' camera is placed at the bottom center of each slide.

The images in the demonstrative were recorded starting at 17:52:32 and 719 ms, according to the metadata from Hall's camera.

Slides 2 to 4 identify that Hall's vehicle is the lead vehicle.

Slide 5 shows that the light post on the left side of Hall's image appears to be curved. This observation is a result of the wide-angle lens employed by Hall's camera. The Eggiman and Lewis cameras employ the same wide-angle lens systems. The wide-angle lens has the effect of distorting shape and distance. The Watchguard camera system's wide-angle lens displays objects similar to how a sideview mirror on a car displays objects further than they actually are. Side view mirrors on vehicles contain a warning to the driver that *"Objects may be closer than they appear"*. As a result, it is important to keep in mind that Mr. Hassan is closer to Officer Hall than the camera shows.

Slides 6 through 8 identify that Lewis' vehicle is traveling directly behind Hall.

Slides 12 through 28 identify the location of Hassan in each of the camera views.

Hall initiates the emergency lights on his vehicle between 17:52:33.954 and 17:52:33.987, as depicted in slides 37 and 38. In the audio demonstrative at this time, audio from Hall's recording system demonstrates that no siren is activated by any of the police vehicles.

Slide 47 introduces a magnified view of a cropped and enlarged area of Hall's image that contains visuals of Hassan. The magnification assists the viewer to review subtle movements and observations of Hassan's actions.

As of Slide 48, there is no visual indication whether or not Lewis initiated the emergency lights of his vehicle.

Staring at slide 50, at 17:52:34.388, Hassan begins to turn his head and body toward the approaching police vehicles.

Slide 98 shows Hassan beginning to step toward the police vehicles. He begins moving toward the police vehicles at 17:52:36.023.

Slides 117 to 122 show that both of Hassan's hands are empty and visible to Hall's camera.

As Hassan walks toward Hall, his left hand appears to be swinging freely at his side. His right hand is not swinging as he walks. His right hand is stationary against his upper right hip/thigh area.

Slide 143, shows that Hall's vehicle came to a stop at 17:52:37.524.

Slide 181 shows Hall's driver's door opening at 17:52:38.825.

Eggiman's vehicle comes to a stop to the left of Hall's vehicle at 17:52:39.459.

At slide 224, at 17:52:40.294, Hall is emerging from his vehicle. He can be heard directing Hassan to stop: ***"Hey, stop right there man. Stop right there".*** The running time of Hall's video is 01:05.400, indicating that this event occurred one minute, five seconds, and four hundred milliseconds from the moment Hall's camera began to record.

Hassan continues walking toward Hall.

SER-20

At slide 256, at 17:52:41.361, just over one second after Hall directs Hassan to stop, Hassan begins to raise his right hand.

At slide 269, 17:52:41.828, Hassan begins to move his right hand toward the gun that is located near his right hip but not yet visible to the camera.

At slide 272, Hall begins to close the driver's door.

At slide 274, at 17:52:41.995, Hassan makes contact with his gun with his right hand, as he continues walking toward Hall.

At slide 283, at 17:52:42.296, Hall moves his right hand backward toward his duty weapon.

At slide 285, at 17:52:42.362, almost simultaneously to movement toward his weapon, Hassan begins to remove the gun from his hip area.

At slide 290, at 17:52:42.529, Hassan has cleared the weapon from his hip area and begins to move the muzzle of the gun toward Hall.

Hassan has removed the weapon within 1.168 seconds after he first moved his hand toward the gun.

Slides 291 to 294 show that Hassan's finger is near the trigger guard.

At slide 292, at 17:52:42.596, Hall begins to give a second command and is heard directing Hassan to *"Step … "*. Hall does not complete the command.

SER-21

At slide 294, at 17:52:42.663, as Hall stops speaking, he begins to pull upward on his duty gun.

Starting at slide 295, the top of Hassan's gun is visible as he moves the muzzle of the gun toward Hall.

At slide 299, at 17:52:42.829, Hall's gun clears the holster.

From slides 299 to 308, Hassan continues his forward movement toward Hall, while at the same time, he continues directing the muzzle of the gun toward Hall. At the same time, Lewis' camera shows Hall removing his gun and directing it toward Hassan.

Shot one is fired between the images captured to Slides 310 and 311 at 17:52:43.197 and 17:52:43.230. The audio of the shot being fired occurs at 1:08.292 from the beginning of the video/audio clip from Hall's camera system. The slide indicates '00.000' as the start-time of the shot sequence.

At the time of the shooting, Hassan was moving toward Hall. The gait of his forward movement toward Hall did not noticeably change.

Slide 311 shows gasses emanating from the front of Hall's weapon after shot one was fired.

At the time of the first shot, Hassan was holding his gun directly toward Hall, with his gun hand outstretched and the muzzle directed toward Hall.

At slide 314, at 17:53:43.363, Hassan begins to drop the gun.

SER-22

The second shot is fired by Hall 324 ms after the first shot, as depicted in slide 318.

The second shot misses Hassan, striking the ground behind and to the right of Hassan. The bullet strike to the ground is visible in Eggiman's camera view. Eggiman's camera system updated the events a few ms before Hall's and Lewis' cameras captured the bullet strike to the ground. Slide 319 shows the bullet strike in Hall's and Lewis' cameras. In both Hall's and Lewis' camera view of the bullet strike, the dirt is depicted higher in the air than the dirt is seen in the previous image from Eggiman's camera. This is another visual indication that Eggiman's camera recorded the events a few ms prior to the other two cameras.

Slide 323 shows Hassan's gun coming in contact with the ground.

The third shot by Hall is fired between slides 325 and 326 at 1:08.852. The shot is fired 236 ms after the second shot by Hall. The visual timing of shot 3 is between 17:52:43.730 and 17:52:43.764. The round misses Hassan and strikes the roadway in the distance a few ms before 17:52:43.830.

Between slides 328 and 329, Eggiman fires shot four at 1:08.929 from the beginning of the clip. Shot four was fired 77 ms after shot three.

Hassan's back becomes turned to the officers as he goes to the ground. Both hands move to the front of his body and out of view of the officers.

Shot five is fired by Lewis at 1:09.074 into the video clip, 145 ms after Eggiman's shot.

Shot six is fired by Hall at 1:09.148, 74 ms after Lewis' shot. Slide 335 shows that Hall's shot missed Hassan, striking the dirt several feet behind him.

Shot seven is fired by Hall at 1:09.328, as shown between slides 340 and 341. Shot seven was fired 180 ms after shot six.

Slide 341 shows that shot seven missed Hassan, striking the ground behind his back.

Shot eight was fired by Eggiman between slides 343 and 344, at 1:09.406, 78 ms after shot seven.

Slide 344 in Eggiman's camera shows the moment after the shot was fired. The bullet is reflected by the sun as it passes the camera. The reflection is elongated due to motion blur. Motion blur is caused because the bullet is traveling several feet as the camera captures light to create the image.

Slide 345 shows that the eighth round misses Hassan, striking the ground in the distance. Note the shape of the dirt that is forced into the air by the bullet strike.

Slide 346 shows that Hall's camera captures the bullet strike to the ground a few ms later, as the dirt is higher off the ground.

The ninth shot is fired by Hall between slides 346 and 347 at 1:09.540, 134 ms after the eighth shot.

Shot ten is fired by Eggiman between slides 350 and 351 at 1:09.664, 124 ms after the ninth shot.

SER-24

Shot eleven is fired by Hall between slides 356 and 357 at 1:09.865, 201 ms after the tenth shot. The bullet misses Hassan, striking the ground in the background, as shown on slide 358.

Shot twelve is fired by Hall between slides 375 and 376 at 1:10.537, 672 ms after shot eleven.

Shot thirteen is fired by Eggiman between slides 380 and 381 at 1:10.699, 162 ms after shot twelve.

All thirteen shots are fired within 2.407 seconds.

Hassan remains in motion throughout each of the shots.

At slide 443, at 17:52:47.734, approximately 2.133 seconds after the last shot, Hassan raises his right hand and rolls to his back.

The video shows Hassan raising his head and back off the ground.

Hassan continues moving until approximately 17:53:36. Officers are heard giving commands to Hassan while he is moving on the ground. (See command transcript by Hallimore).

The officers begin to approach Hassan at approximately 17:53:40, four seconds after he stops moving. Lewis is carrying a medical bag as he approaches with the other officers.

SER-25

At approximately 17:53:47, another officer is seen running toward Hassan. This officer is carrying a black medical bag. The officers appear to be engaged in a medical response to Hassan at this time, approximately sixty-one seconds after the last shot and approximately fourteen seconds after he stops moving.

The included *Shooting Events.mp4* video clip contains all of the images and audio that were recorded from the moment Hassan began to remove his gun, to the moment the last shot was fired. The video is ~3 seconds in length.

## Opinion

As a result of carefully considering all of the video and audio data from the three in-car video systems, I have formed the following opinions:

Mr. Hassan was moving toward Officer Hall and did not stop moving toward the officer when he was shot.

In a fast movement, Mr. Hassan pulled a gun from the area of his right hip and pointed it toward Officer Hall in approximately 800 ms; less than one second.

Officer Hall is heard commanding Mr. Hassan to stop.

Mr. Hassan fails to stop moving toward the officers with the gun in his hand and pointed toward the officers.

No intelligible audible response from Mr. Hassan was recorded to the video / audio system.

A total of thirteen shots were fired by the three officers in 2.4 seconds.

This report is true and accurate to a reasonable, or higher, degree of professional certainty and/or probability.

Grant Fredericks

SER-27

**19-11598**
Supplement No
0018

# Anchorage Police Department



4501 Elmore Rd

Reported Date
04/01/2019

Nature of Call
**MURDER**

Officer
**FORAKER,JOHN**

907-786-8600

## Administrative Information

| Agency | | | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|
| **Anchorage Police Department** | | | 19-11598 | 0018 | 04/01/2019 | 17:41 | 190910506 |
| Status | Nature of Call | | | | | | |
| **REPORT** | **NON NEG HOMICIDE** | | XMN7200 | | | | |
| Location | | | | City | | ZIP Code | Rep Dist |
| **3101 A ST** | | | | **ANC** | | 99503 | 22D4 |
| Area | Beat | Officer | | | | | |
| **S** | **23** | **1379/FORAKER,JOHN** | | | | | |
| Assignment | | | Entered by | | | | |
| **DETECTIVES HOMICIDE / LT CARSON** | | | 62238 | | | | |
| Assignment | | | | RMS Transfer | | Prop Trans Stat | |
| **DETECTIVES ROBBERY/ASSAULT / LT CARSON** | | | | **Successful** | | **Successful** | |
| Approving Officer | | Approval Date | | Approval Time | | | |
| **1484** | | 04/09/2019 | | 15:14:17 | | | |

## Summary Narrative

DIMS recording J4523029 and J4523030
Interview with Officer EGGIMAN

## Modus Operandi

Crime Code(s)
**HOMICIDE**

## Narrative

Q.Detective FORAKER
A.Officer EGGIMAN
B. Detective BELL

DIMS Recording J4523029 and J4523030

Q.Detective FORAKER, uh, the date is April 5, 2019, time is 1010 hours. This is gonna be an interview with an Officer EGGIMAN and confirm your DSN for me, is it 63935?
A.Yes sir.
Q.Okay. And this re- in regards to case number 19-11598. Uh, officer involved shooting from April 1st of this year, which was on, uh, last Monday. So, before I begin talking to you and asking you questions about that particular, uh, call, I'm gonna have you read over the form. If you have any questions about it, please ask me or your counsel, and um, if you have any questions just let us know.
A. Okay. Do I need to sign it or anything?
Q.No, I'm not gonna...
A.Okay.
Q....require you to sign it.
A.Sure.
Q.Do you have any questions about it?
A.I do not.
Q.No? Okay. And I crossed out the part that you're here alone obviously you have your counsel, Mr. CAMPION here with you so...
A.Yeah.
Q.And again if you need any breaks just let us know.
A.Okay.
Q.Okay? I'm gonna ask you a couple preliminary questions and then I'll just kind of have you describe the, what

| Report Officer | Printed At | |
|---|---|---|
| 1379/FORAKER,JOHN | 04/13/2021 14:36 | Page 1 of 9 |

**19-11598**

Supplement No
0018

# Anchorage Police Department

Narrative

you recall happening last, uh, last Monday on this particular shift and particularly of course, uh, the call that led to the shooting, okay?

A.Yep.

Q.I understand that you are currently in field training.

A.Yes sir.

Q.Okay. And your FTO is Officer ASHBAUGH?

A.Yes sir.

Q.And what phase of FTO are you in?

A.Uh, fourth phase.

Q.And how far along in fourth phase are you?

A.I had one day left of fourth phase.

Q.One day left. So, it's been awhile since I've been on the street. I was an FTO but it's been many years ago-

B.There weren't four phases.

Q.Right?

B.There were three (laughs)

Q.There were three phases so that's why I want to ask you about...

D.That's how long it's been.

Q.So that's why I want to ask you about fourth phase.

A.Okay.

Q.Um, after fourth phase, I assume, what happens after fourth, fourth phase?

A.I'd be on what's called final phase, uh, I'd be with an officer who'd be wearing normal street clothes and uh, they, or they're not teaching you, they're just observing and you're basically working on your own.

Q.Okay. And there you're still being graded, but...

A.Yes sir.

Q....they don't, they basically let you handle everything in that final phase.

A.Yes sir.

Q.Okay. So now there's four, uh, phases. How long about are each phase?

A.Uh, each phase is four weeks, or uh, 16 working shifts.

Q.Okay, all right. So, it's a little bit longer process than when we went through FTO. Um, and then, your current shift is?

A.I was on swing shift, uh, with, what was it, Wednesday, Thursday, Friday off.

Q.'Kay. So you're basically on Officer ASHBAUGH's days off...

A.Yes Sir.

Q.While you're with her. Okay. Um, and so let's go back tehn to Monday, April 1st of this, this week, uh, this year, 19. Can you tell me about the call that you were dispatched to, uh, that we're here to talk about today.

A.Yes sir. Um, originally I wasn't, uh, attached to the call or dispatched. I was kind of in the area, I was, I think around, I'm not a hundred percent sure of where I was when the initial call came out. I was around Spenard and Minnesota.

Q.Okay.

A.Um, and then the call came out that there was a man with a gun, or waving a gun around, uh, around the Walmart. So, I think it was 3101 A Street...

Q.A Street, yep.

A....and uh, so, I was kinda headed that direction anyway. I wasn't gonna attach myself to the call and...

Q.So didn't go advise her or the radio, but you kinda started going that way.

A.Yeah...

Q.Okay.

A.I was just kinda headed that direction and uh, originally I didn't think it was gonna be anything, just because the way it came over. There was just one caller and then as I was kinda getting closer, I was on Benson and then it came over the radio that there was a second caller calling that there was a man with a gun, uh, showing it and so, then I was going. I was headed there and I was gonna try and see if I could find the guy, 'cause it sounded like he was headed west or at least that's what I thought I heard over the radio, that this guy was headed west.

Q.Do you remember a description? Did they provide much of a description of this person with the gun?

A.They did. I don't remember the, uh, clothing description, but uh, I know they said he was a BMA.

Q.Okay.

| Report Officer | Printed At | |
|---|---|---|
| 1379/FORAKER,JOHN | 04/13/2021 14:36 | Page 2 of 9 |

**19-11598**

Supplement No
0018

# Anchorage Police Department

<div style="background-color:#800000; color:white;">**Narrative**</div>

A.Um, and so, and then, that he was on foot and headed westbound. So I, I turned southbound from Benson onto C Street and then, since it was 3101 I was just gonna go down 31st and so I turned eastbound on 31st from C Street and I didn't see anything. I could see the Walmart. I didn't see any other units, um, couldn't see anybody running or walking away. So, uh, at that time I was sitting on 31st and kind of facing A Street and then they updated the location that he was now at the Tesoro. So, I-

Q.When you say they, what is it-?

A.Uh, dispatch.

Q.Dispatch said that, okay.

A.So dispatch updated the location that he was at the Tesoro, so I headed north on A street and I could see the Tesoro. I couldn't see uh, anybody, I couldn't see a BMA, um, at the Tesoro, and I pulled in. And at that time Officer HALL was, uh, basically pulling out, so I stopped as I was pulling in, and he was kinda...we sat there for a second. And then they, uh, dispatch updated the location again and said that he got on a bus and he was headed, uh, the bus was headed northbound...

Q.Okay.

A....on A Street.

Q.And again that was dispatch that aired that, that...

A.Yes sir.

Q....additional information?

A.Yes sir.

Q.Okay.

A.So then, uh, Officer HALL pulled out and I believe it was Officer LEWIS, I, there was another car, I was the third car and we were headed northbound on A Street, and...

Q.Who was in the lead, do you remember?

A.I think it was Officer HALL.

Q.HALL?

A.Yeah.

Q.Okay.

A.And so we were northbound and we didn't have, we weren't going lights and sirens or anything, we were just trying to get an update. Uh, I believe it was Officer HALL asked for an update or to see if dispatch could, um, get a location on where the bus was going or something, uh, to that effect. And then um, Officer HALL was in the lead, and I don't know if he saw him get off the bus, or, or what but he said, he gave dispatch an update over the radio, said that he was at 16th and A Street and he pulled off onto the sidewalk.

Q.'Kay.

A.And...

Q.Do you remember where he did that at? Was it right at A Street and 16th, or north or south of...?

A.Uhhh.

Q.Or...

A.It was just south of the bridge, I mean we were...

Q.Okay.

A....hundred, maybe not even a hundred yards when he pulled off, um, onto the sidewalk.

Q.From the bridge?

A.Yes, south of the bridge.

Q.Okay.

A.And, uh, so I pulled up off to the side of the road, in between the solid white line and the curb, um, pretty much up, um, in line with Officer HALL's car.

Q.And, uh, sorry, where was Officer HALL again at this point, or did...

A.His car was on the sidewalk.

Q.On the sidewalk, 'kay.

A.Um, so he was east of me, um...

Q.Okay.

A.And, so there was the curb, or it was, my car, or the white line, my car, the curb...

Q.'Kay.

A....the grass, and then sidewalk and Officer HALL's car.

Q. Got it.

| Report Officer | Printed At | |
|---|---|---|
| 1379/FORAKER,JOHN | 04/13/2021 14:36 | Page 3 of 9 |

**19-11598**

Supplement No
0018

# Anchorage Police Department

**Narrative**

A.If we're going uh, west to east. And then, I'm not sure, I didn't see where Officer Lewis' car was, um, I was focused on the individual and he...
Q.So at this point you could see, uh, a potential person matching the description...
A.Right.
Q....that was given out by...
A.He was the only one standing there.
Q.Okay.
A.And uh...
Q.Describe that to me, what do you remember seeing when you first pull up there?
A.Uh, he was standing, I believe he was facing A Street. So he was facing westbound, and Officer HALL pulled up, I pulled up, I flipped on my lights when I stopped. And uh, he was turning towards, uh, towards our cars, and he basically turned and it seemed to me like he was more fixated on Officer HALL"s direction, or um, whoever was on the east side of me.
Q.Mmhm.
A.He seemed more fixated on him, and he was just kinda, uh, like his chest puffed up, his arms kinda came out and then he reached in hi-his waistband and pulled out a black handgun.
Q.Which hand did he use to reach down with, do you...
A.His right hand.
Q.Recall? Right hand?
A.Yeah.
Q.Okay. Into his waistband area?
A.Yeah.
Q.He reached down. Okay.
A.And at this time I was trying to get out of my car, so I remember I-I, basically jammed the car in park and I hit the button, pulled the keys out. And I remember thinking why did I pull my keys out.
Q.Mmhm.
A.So I dropped them in the seat as, uh, I was stepping out of the car. And at that time I was stepping out and starting to draw at the same time, and um...
Q.So he's already, before you're, correct me if I'm misunderstanding. He's already turned, uh, toward you guys, fixated on what you believe to be Officer HALL? Already reached down into his waistband area and grabbed a handgun before you, your are even able to get out of your car?
A.I think I was stepping out as he was pulling the gun out of his car.
Q.Okay.
A.Officer timing is kinda, a little bit fuzzy...
Q.Sure.
A....for me, but I know I was still in the process of like, just trying to get out of the car as he's kinda puffing his chest out and...
Q.Okay.
A....so, um, but then I...
Q.Yeah.
A.So I was already basically drawing when he was pulling the gun out, and I could see that it was a black handgun and it looked like he was going to shoot at Officer HALL, or whoever was on to the east of me.
Q.'Kay.
A.That's what the...
Q.Is it because he was maybe looking at, in the direction of Officer HALL, or the way the gun was coming up and going towards Officer HALL or combination or...
A.Yeah it was...the way that he drew, or pulled the gun out of his waistband and he was like, his arms were coming out, his chest was coming out, like puffing up, and um it looked-looked like he was gonna start shooting.
Q.Okay. And said, you were already drawing, you said you were drawing, are you talking about, referring to, gr-grabbing your handgun and drawing to...
A.Yes sir.
Q.Okay.
A.So, um, yeah. As soon as I saw the handgun and he was like, pushing out, that's when, um, I started firing.
Q.Okay. Do you know who fired first? And if you don't, that's okay.

| Report Officer<br>1379/FORAKER,JOHN | Printed At<br>04/13/2021 14:36 | Page 4 of 9 |
|---|---|---|

**19-11598**

Supplement No
0018

# Anchorage Police Department

## Narrative

A.I don't. I know that there was a shot before I started firing.

Q.Okay, at least a shot?

A.Yeah.

Q.Okay. And so you began firing. Do you recall how many times you might've fired?

A.Uh, I believe it was four times.

Q.And what-what-what were you firing? Is it a personally owned hand gun or a department issue?

A.It was a department issued Glock 22, uh, 40 cal.

Q. Okay. What happened, so you hear the shot, and you begin firing. You believe you fired four shots, what do you recall seeing happening immediately after that.

A.Uh. So I remember firing and uh, when he fell, or and dropped the gun. I don't know if he dropped the gun first and then fell, or if he fell and dropped the gun at the same time. But I remember he fell and the gun was, he was kind of laying on his back, um, and he, he was moving his head, he was looking at us and his arms were moving and the gun was really maybe an arm's or half an arm's length away from, um, his outstretched arm.

Q.So you could see the gun on the ground?

A.I could.

Q.In relation to where he, the suspect is, and where you guys are, where was, where do you recall seeing the gun at that point?

A.Um, it was, so from him...

Q.In between him and you guys, or was it on the far side of him?

A.It was in between him and our cars.

Q.Okay.

A.And it was oriented more towards Officer HULL's car, so, um, in the grass, because it was in between the curb and the sidewalk.

Q.Okay.

A.So he was laying in the grass and then the, the gun was closer to our cars.

Q.Okay.

A.So south of him.

Q.And you described seeing he was kinda picking his head up, looking in your direction, moving his arms around?

A.Right.

Q.Okay.

A.And so we started giving commands, telling him to roll over onto his stomach and he wasn't listening to commands. He was just looking at us, moving his head and his arms were, he was kind of waving his arms around and I heard over the radio that, it was either Officer HALL or Officer LEWIS, uh, said that there was shots fired but APD was okay. And then I called for medics.

Q.Okay.

A.Um, and then I told the other officers that I was gonna get my med bag or med kit and so I put my gun in my holster and then I moved to the back of my car, grabbed my med kit, and then I moved in between, uh, my car and Officer HALL's car, 'cause uh, Officer ASHBAUGH was there, and then Officer HALL was there. And I don't remember where Officer LEWIS was at that time. But then we moved up and when we were moving up, I was thinking I wanna clear that gun, um, so I picked up the gun and once I felt the weight of it, that's when I realized that it was not a real...

Q.Okay.

A.Beretta. Um and then so I dropped it. And then I rolled him over, grabbed uh, I guess it would be his right hand and I rolled him over and then I handcuffed him. I grabbed my first set of handcuffs, I handcuffed his, I think it was his right, right hand. And then it locked on its own. I had the Smith and Wesson ones where you flip the lever, and so my second one I went to put it on, and th- it was locked.

Q.Mmhm.

A.So I grabbed my second set of cuffs and I handcuffed him and then I took my first set off. And then we rolled him over and we started um, trying to basically, uh, put chest seals on.

Q.Okay. So did you remove some clothing or pull clothing up to evaluate the wounds that...

A.Yes. Um, not sure who pulled his shirt up, but we could immediately see that there were holes, so, thing was Officer SEE was there, um, and he started putting direct pressure, and I started trying to find chest seals. Um, I got the first chest seal out of my med kit and, um, it wasn't the halo, it was one of the other versions, I can't remember what type, but put that first one on and then somebody started handing me, uh, the halo chest seals.

| Report Officer | Printed At | |
|---|---|---|
| 1379/FORAKER,JOHN | 04/13/2021  14:36 | Page 5 of 9 |

**19-11598**

Supplement No
0018

# Anchorage Police Department

## Narrative

And Officer SEE was putting direct pressure and basically doing a sweep trying to find, um, more bullet holes and, um, so then I put the next chest seal on and then I think we ended putting like four or five chest seals on.

Q. Okay.

A. And then there was another, um, so at that point, I-I think I stripped more clothing off. I pulled his pants off, found more, um, so then I grabbed a quick clot and started packing one of the wounds.

Q. Mkay.

A. And uh, around that time then the medics...

Q. Arrived.

A. ...arrived, and so I pulled off the handcuffs and then we stripped his jacket off the rest of the way, 'cause we couldn't get it off with the, um, handcuffs on there.

Q. Okay. During that time, um, was, was the, was the suspect saying antying that you can recall? Anything at all?

A. No.

Q. No? And let's back up just a little bit, go over a couple things. So...

A. Yeah.

Q. ...when you guys pull up you said, do you think he was standing and maybe facing westbound, more towards A Street.

A. I think so, yeah.

Q. Um, you guys, you're in the process of getting out, um, do you remember him, the suspect walking any direction? Was he walking towards you guys, or was he standing still or can you recall?

A. I can't really recall. He might've taken a couple of steps towards us.

Q. Okay. When you get out and you see him, um, and he starts to re-reach down for what he, the handgun that he ultimately pulls, pulls up, how far away do you think he might've been from where you were at?

A. I wanna say maybe like 15 yards.

Q. Okay. And when he raised the gun up, can you, you described seeing it during that initial point in time when he reached down and grabbed it and you see him raising it up, can you, do you recall at that point in time what it looked like to you?

A. I mean it looked like a black handgun. I mean I knew it was a gun right away.

Q. Okay.

A. But I, I from that distance I couldn't tell you what it was.

Q. Sure.

A. Um.

Q. And it's in his right hand at that point.

A. Yes.

Q. Um, can you describe for me how he, how you recall in your mind right now, how-how he raised it up and maybe what direction it was pointed.

A. Uh.

Q. Realizing that this happened extremely fast and...

A. Uh.

Q. ...and if you don't recall, that's fine.

A. I just remember that when he was pulling it out of his waistband he was like, puffing his chest out at the same and like, basically pulling it directly up, like that. And then that's when, um, shots started to be fired.

Q. Okay. Um.

A. I don't remember.

Q. And had you ever seen this guy before?

A. I don't think so.

Q. Never had any contact as far as you can recall with him ever before?

A. Yeah. I don't think so.

Q. Okay. Um and you recall one shot being fired first before...

A. Mmhm.

Q. ...you began firing.

A. Yes sir.

Q. Not sure who might've fired that shot.

A. I'm not sure.

Q. Uh, and you think you fired four times.

| Report Officer | Printed At | |
|---|---|---|
| 1379/FORAKER,JOHN | 04/13/2021 14:36 | Page 6 of 9 |

**19-11598**

Supplement No
0018

# Anchorage Police Department

<div style="background-color:maroon;color:white">Narrative</div>

A. Yes.
Q. Do you remember what part of his body, do you remember a s- front sight picture, again r-realizing, this is...
A. Yeah.
Q. ...unfolding awful fast.
A. Um, I remember, I know I at least saw my sight after the last shot that I fired. Um, I don't know, I don't really know if I saw my front sight on the first...
Q. Sure.
A. ...couple but I know I saw it on the last, the last one.
Q. Okay. Okay. Um did you reload or anything after that?
A. I did not.
Q. Okay. And after the shots were fired, suspect goes down, he's on his back, he's trying to lift his head, or is lifting his head, his arms are moving, and he's not obeying any commands at that point.
A. Mmhm.
Q. Okay. And do you know if where, do you know where Officer LEWIS was? I know you said you don't remember where he parked, but do you remember where he was at the time the shooting started?
A. I don't.
Q. Okay.
B. Did you ever he-
Q. And...
B. Oh, I'm sorry.
Q. Go ahead.
B. Did you ever hear anybody giving him commands?
A. Initially?
Q. Yes. I-
B. At any time, did you see, hear anybody. I know you did once he was...
A. After...
B. ...on the ground. Before that did you...
A. Oh.
B. ...ever hear anybody giving him commands?
A. I don't remember any commands being given.
B. Okay.
A. But it happened really quick.
Q. And wh-when you fired, do you remember where you were at? Were you just...
A. I was...
Q. ...literally just...
A. Yeah I had just gotten out. Uh, so I think I was on the left side of my car or the driver's side.
Q. Okay. Do you know if your car door was open or closed, did you...
A. I think, I wa-, I was thinking about this and I'm not really sure if I closed it.
Q. Mmhm.
A. Or not, um, I kinda think it was open, and I closed it when I m-, when I went to go grab my med kit, but I'm not...
Q. Okay.
A. ...I'm not 100 percent sure.
Q. And what about your FTO? Do you know where she was at? Was she able to get out of the car prior to the...
A. I think she got out of the car as I was putting it in park, so, I know she got out of the car. Um, I'm not sure where she ended up during, or...
Q. Okay. And do you remember, we've covered it a little bit, do you remember some of the additional information as far as what the suspect was doing when you're on your way to the call? I notice that, a report, you described a man with a gun, um...
A. I know that...
Q. Do you remember any other additional updates about what he was doing, other than location changes?
A. No.
Q. No?
A. Mm-mm.
Q. 'Kay. How did you feel during this time? Again, realizing that it happened extremely fast, and, uh, you were just

**19-11598**

Supplement No
0018

# Anchorage Police Department

<span style="background:maroon;color:white">**Narrative**</span>

trying to get out of the car when you see what's happening, did you have time to...
A.Uh.
Q....can you describe how, what was going through your mind?
A.Yeah. Uh, initially I didn't think it was um, the reason I didn't attach myself originally is 'cause I wasn't dispatched to it, and I didn't think it was gonna be that big a deal. Um, just because we've been to calls where guys have a, a gun and it turns out to be nothing. Um, and so on this one, I wasn't even going to go originally. And then once they, dispatch gave the update that there was another caller saying that there was this guy waving this gun around, then I was like, okay I'm gonna go and see if we can contact this guy. Um, and then, since we couldn't, or didn't find him where the initial location came out, then the, um, I was just, I still didn't attach myself until I, I don't think, they maybe even knew I was there till after the whole thing happened. But when we first got there, I was just thinking we were gonna go and talk to him and contact him, but it was like as we're coming up, then he started to pull the gun out so it was just, it happened really quick.
B.Mmhm.
Q.Did you guys even have time between the three cars, so you and Officer LEWIS and Officer HALL would communicate over the radio what you're, how you were gonna approach this contact or is literally...
A.No.
Q....you're driving north on A Street and all of a sudden he's, you see him.
A.Yeah. That was, uh, we didn't talk about it at all, uh, driving up. It was just, I tried to fill in where, where I could.
Q.Okay.
A.So I just pulled up where I did 'cause I felt like it was a good spot since Officer HALL was on the other side.
Q.And on a call like this, going out on somebody that reportedly has what's described as a handgun or any kind of gun, doesn't have to be a handgun but in this case it was, how would guys, how would you typically respond to a call like that, I mean...
A.Um. I think, depends on the situation but in this case, like a high risk...
Q.Okay.
A....stop, so, um, get behind the car and give them commands.
Q.Sure.
A.And um, try and have them face away from us, back up towards us, back up in between the cars and then we'd uh, have somebody handcuff them.
Q.But in this case, you guys didn't even have time to do that.
A.No.
Q.Okay. Detective BELL.
B.I know, I was just gonna ask you, ask you that, and it may seem obvious but I would kind of like to hear how you articulate, why did you decide to discharge your weapon?
A.I thought he was gonna sh-, start shooting. I thought he was gonna either shoot Officer HALL or somebody else, 'cause the way that he drew the gun, it wasn't like he was just trying to show us. It looked like he was intending on using it.
B.Hm. Because of the way he was puffing up and...
A.Yeah. The, I mean the initial, he was aggressive like as soon as we pulled up, but it was, um, I mean then he pulled the gun out and it definitely escalated everyrhing.
Q.Okay.
B. Take a break?
Q.Yeah I can't think if anything else to ask you at this point. We can take a break unless there's something else you wanted to talk about before we take the break.
A.No.
Q.No? Okay. If you're good with it we'll shut the tape recorder off for now.
A.Okay.
Q.And (unintelligible)
**End of Recording**
**Restart of recording with new tape**

Q.We're back on tape, time is 1042 hours on April 5, 2019, in regards to 19-11598. Um, following up after our break with our interview with Officer EGGIMAN. We do not have any other questions for you at this time. Is there anything else that you want to share with us, or any questions for us?

| Report Officer | Printed At | |
|---|---|---|
| 1379/FORAKER,JOHN | 04/13/2021 14:36 | Page 8 of 9 |

**19-11598**    Supplement No
0018

# Anchorage Police Department

## Narrative

A.No.
Q.Okay.
B.Okay.
Q.We'll go back off tape, 1042 out.
**End of Recording**

| Report Officer | Printed At | |
|---|---|---|
| 1379/FORAKER,JOHN | 04/13/2021 14:36 | Page 9 of 9 |

INCIDENT HISTORY DETAIL: LAW/A190910506

**Initiate:** 17:41:19 04/01/19   **Call/Case Nbr:** A0506/AP1900011598
**Entry:** 17:42:38               **Current Status:** CLOSED
**Dispatch:** 17:43:22            **Primary Unit:** 24C1
**Onscene:** 17:49:42             **Jurisdiction:** AP
**Close:** 07:18:24 04/02/19      **Disposition:** C

**Location:** 3101 A ST ,ANC (WALMART A)
**Loc Comments:** WAL MART
**DAREA:** S      **Current:**
**Beat/Stn:** 23   **Map Page:** SW1630 **Type:** MEDIC  **Final:** HOM
**RD:**    22D4   **Page:**         **Priority:** 1  11-1
                  **Page:**         PRIORS
                  **Page:**         ☐**Detail**

| Time | Type | Text |
|---|---|---|
| 17:42:38 | ENTRY | TEXT:N/PSBY REF UNCONS/UNK IF BREATHING MA, AT THE \*\*S\*\* ENTRANCE, NEAR THE CURVE OF THE ROAD \REP: WEBB,CONNIE \PH▇ |
| 17:42:38 | PRIOR | AP TRES TODAY @ 15:20:04 (98 MORE) |
| 17:42:54 | SUPP | TEXT:ASP ADV'D |
| 17:43:06 | SUPP | TEXT:UMA LSW DBL HOODY, CURLED UP ON HIS SIDE |
| 17:43:22 | DISPATCH | 23C1 23C2 |
| 17:43:22 | ID | 23C1 -63422-LEWIS,NATHAN |
| 17:43:22 | ID | 23C2 -62606-HALL,MATTHEW J |
| 17:45:30 | E911 | LOCATION:WIRELESS CALL,ANCHORAGE PD \PHONE:▇▇ \COMP:AT&T MOBILITY \SRC:WPH2 |
| 17:45:30 | SUPP | TEXT:N/C REF CALLER SAYING JUST SAW A BMA PULLING A HANDGUNGUN OUT OF HIS JACKET WALKING WB FROM HERE... LSW BLK JKT, WHI SHIRT, MY CALLER DIDN'T SEE A SUBJ LYING ON THE GROUND |
| 17:46:13 | DUP-OF | 190910508 TO 190910506 |
| 17:46:31 | BACK-ER | 23C1 24C2 22C1 |
| 17:46:31 | ID | 24C2 -63703-REID,BARRY |
| 17:46:31 | ID | 22C1 -63407-ADKINS,COREY |
| 17:46:34 | SUPP | TEXT:HE JUST PULLED OUT THE GUN FROM INSIDE PANTS OR JKT, WAS POINTING IT DOWN, CALLER DIDN'T NOTICE ANYONE NEAR HIM... THIS CALLER MARIA HERNANDEZ #▇▇ |
| 17:46:44 | MISC | .506, MY CALLER IS G |
| 17:47:14 | E911 | LOCATION:2600 Denali ST - W Sector,ANC \PHONE:9▇▇ \COMP:AT&T MOBILITY \SRC:WPH2 |
| 17:47:14 | SUPP | TEXT:SUSP IS BMA LSW BLK JKT - THIS CALLER IS DOUG HORNER ▇▇ ▇▇.....BMA IS CARRYING A BLK HANDGUN |
| 17:47:17 | DUPAPND | TEXT:BMA SHORT AFRO LSW PUFFY BLU JKT, WALKING WB IN TRAFFIC WAVING BLK HANDGUN, POSS 9MM \LOC:A ST/E BENSON BL \TYPE:MIW \DTYPE:MIW \REP: KARR,MICKEE \PH:▇▇ |
| 17:47:17 | E911 | LOCATION:WIRELESS CALL,ANCHORAGE PD \PHONE:▇▇ \COMP:AT&T MOBILITY \SRC:WPH2 |
| 17:47:22 | SUPP | TEXT:BMA WHI PANTS STEVE ROWE/▇▇ ....HAS A BLK HAND GUN THAT LOOKS LIKE A GLOCK WAVING IT AROUND... |
| 17:47:33 | SUPP | TEXT:IN TRAFFIC, NB, MA BRANDISHING A HANDGUN, SHARON LONG/▇▇ ▇▇, BMA, DK JKT, LT PANTS, |
| 17:47:40 | E911 | LOCATION:3111 C St. - SE,ANC \PHONE:▇▇ \COMP:GCI \SRC:WPH2 |
| 17:47:40 | SUPP | TEXT:ANOTHER CALLER SAYING HE'S WALKING NB ON A ST WAVING THE GUN ON TEH SIDEWALK.. NOT POINTING IT AT ANOYHONG AND KEEPS PUTTING IT IN HIS POCKET.. POSS 1138 |
| 17:47:41 | SUPP | TEXT:SAYS HE IS AT THE BUS STOP ACROSS FROM THE TESORO NOW |
| 17:47:43 | BACK-ER | 22C1 25C1 |
| 17:47:43 | ID | 25C1 -63710-SPEARS,KRISTEN |
| 17:47:47 | BACK-ER | 22C1 21C1 |

SER-37

```
17:47:47  ID         21C1 -63431-SEE,JEREMY
17:47:58  MISC       .506, THIS CALLER AMBER PECKHAM ███████████
17:48:30  SUPP       TEXT:ORGINAL CALLER SAYING SHE DROVE BACK AROUND AND MA NOT
                     THERE ANYMORE
17:49:00  E911       LOCATION:2600 Denali ST - W Sector,ANC \PHONE:███████████
                     \COMP:AT&T MOBILITY \SRC:WPH2
17:49:00  SUPP       TEXT:ANOTHER MA CALLING FROM ███████████, SUSP MA IS ON THE CORNER
                     OF NORTHERN LIGHTS AND C ST 3 AGO, TUCKED THE GUN INTO THE
                     FRONT RIGHT PANTS OR FRONT RIGHT JKT...BMA, BLK CURLY HAIR AMD
                     DK PANTS
17:49:21  BACK-ER    22C1 22C2
17:49:21  ID         22C2 -62893-ASHBAUGH,CALLIE -63935-EGGIMAN,BRETT
17:49:42  ONSCENE    22C2
17:49:43  E911       LOCATION:WIRELESS CALL,ANCHORAGE PD \PHONE:███████████
                     \COMP:AT&T MOBILITY \SRC:WPH2
17:49:43  SUPP       TEXT:I HAVE ONE OF THE ORI CALLERS, SAYS MA W/THE HANDGUN GOT
                     ON BUS 25 IS HEADED NB ON A ST NOW
17:50:13  SUPP       TEXT:NEVER SAW THE MA FIRE THE WEAPON, NEVER HEARD ANY GUN
                     SHOTS, OR INTERACT W/ANYONE, NFI
17:50:19  MISC       22C2, CALL PEOPLE MOVER SEE WHERE THAT BUS IS GOING OR IS AT
17:50:26  MISCX      ASP 10-6'D
17:51:10  MISC       23C2, LOOKS LIKE HE GOT OFF THE BUS AT 16/A
17:51:18  MISC       .506, 44 CALLED BY DISPATCH
17:51:22  MISC       23C1, SHOTS FIRED
17:51:28  CHGLOCOS   23C1 E 16TH AV/A ST ,ANC
17:51:33  CHGLOCOS   23C2 E 16TH AV/A ST ,ANC
17:51:45  MISC       23C1, APD UNIT 10-2,
17:51:50  MISC       22C2, START MEDICS
17:51:52  MISC       .506, MEDICS ADV OF SHOTS FIRED
17:51:59  MISC       22C1, UNITS BLOCK C ST
17:52:04  MISC       .506, MEDICS ADV
17:52:05  BACK-ER    22C1 X1
17:52:05  ID         X1 -29480-MITCHELL,NATHAN
17:52:10  BACK-ER    22C1 24C1
17:52:10  ID         24C1 -63303-ENDRESS,THOMAS A
17:52:16  MISCX      MEDICS ENRT TO STAGE
17:52:35  BACK-ER    23C2 43C1 45C1
17:52:35  ID         43C1 -1541-ROBERTSON,CHARLES
17:52:35  ID         45C1 -63701-MURRAY,JACOB
17:52:43  ONSCENE    21C1
17:52:46  CHGLOCOS   21C1 W 16TH AV/C ST ,ANC
17:52:58  MISC       .506, CLEAR FOR MEDICS SEND THEM
17:53:04  INSRVICE   X1
17:53:05  SUPP       TEXT:I HAVE PPL MOVER, I ADV TO MAKE CTC W/THEIR BUSES, THERE
                     ARE 4 BUSES ON ROAD W/ROUTE 25, I DISC W/PPL MOVER AFTER SEEING
                     SHOTS FIRED COMMENTS
17:53:07  MISC       .506, AFD ADV RED
17:53:08  BACK-ER    43C1 X1
17:53:08  ID         X1 -29480-MITCHELL,NATHAN
17:53:15  MISC       .506, AND THAT ITS CLEAR FOR THEM
17:53:26  SUPP       TEXT:MEDICS ADV SCENE IS CLR
17:53:44  MISC       22C1, WE STILL HAVE A PULSE BUT IT'S FAINT
17:54:00  FNLTYPE    FINALTYPE:MEDIC-->DISTW PRI:1-->1P
17:54:09  MISC       22C1, WE HAVE 3 GSW'S TO THE CHEST
17:54:31  MISC       22C1, UNITS COMING NB ON A WE NEED IT SHUT DOWN
17:54:34  MISC       .506, ** O42 HAS BEEN ADVSIED
```

```
17:54:41   BACK-OS     22C1 13C1
17:54:41   ID          13C1 -63026-HICKMAN,MATTHEW
17:54:47   MISC        .506, TRIED CALLING CHIEF, NO ANSW ON CELL, LEFT MESG
17:54:48   MISC        .506, MEDICS UPDATED 3 GSWS TO CHEST FAINT PULSE
17:54:51   CHGLOCOS    22C2 E 16TH AV/A ST ,ANC
17:55:02   CHGLOCOS    21C1 E 16TH AV/A ST ,ANC
17:55:12   CHGLOC      24C1 E 16TH AV/A ST ,ANC
17:55:17   CHGLOC      25C1 E 16TH AV/A ST ,ANC
17:55:57   CHGLOC      24C2 E 16TH AV/A ST ,ANC
17:56:10   CHGLOC      13C1 E 16TH AV/A ST ,ANC
17:56:25   CHGLOCOS    22C1 E 16TH AV/A ST ,ANC
17:56:32   MISC        .506, *** COMMAND TEXT SENT ***
17:56:36   ONSCENE     24C2
17:56:37   MISC        .506, *** CHIEF DOLL ADVISED ***
17:56:41   MISC        .506, RENEE ADVISED
17:56:44   BACK-OS     24C2 26C
17:56:44   ID          26C -60047-GOULD,JONATHAN
17:56:50   MISC        .506, CONKLING ADV
17:56:51   ONSCENE     25C1
17:56:58   MISC        .506, CHIEF CALLED IN AND ADV
17:57:41   MISC        .506, LT ROLLING CALLING SGT CROSS
17:57:42   FNLTYPE     FINALTYPE:DISTW-->ASSW
17:57:52   MISC        .506, DC MCCOY ADV
17:58:00   ONSCENE     24C1
17:58:14   ONSCENOK    13C1
17:58:14   ONSCENOK    21C1
17:58:14   ONSCENOK    22C1
17:58:14   ONSCENOK    22C2
17:58:14   ONSCENOK    23C1
17:58:14   ONSCENOK    23C2
17:58:20   ONSCENOK    24C1
17:58:20   ONSCENOK    24C2
17:58:20   ONSCENOK    25C1
17:58:20   ONSCENOK    26C
17:58:52   ONSCENOK    X1
17:59:22   MISC        .506, CAPT CASE NOTIFIED AND HE TOLD ALL THE CAPTAINS
17:59:30   MISC        .506, CAPT SHANK ADV
17:59:33   ONSCENOK    43C1
17:59:33   ONSCENOK    45C1
18:00:30   CHGLOC      43C1 3220 PROVIDENCE DR ,ANC
18:01:51   CASE        43C1 AP1900011598 Assigned
18:02:14   BACK-ER     24C1 25C2
18:02:14   ID          25C2 -63028-MONTGOMERY,MICHAEL
18:03:02   MISC        24C1, DIVERTING TRAFFIC SENDING HALF WEST HALF EAST AT 16TH, NB
                       SHUT DOWN
18:03:12   E911        LOCATION:WIRELESS CALL,ANCHORAGE PD \PHONE:█████████
                       \COMP:AT&T MOBILITY \SRC:WPH2
18:03:12   SUPP        TEXT:MA NAMED AHMED HASSAN CALLING FROM 830 2875 SAYS THE VICT
                       IS HIS BROTHER VISHAR HASSAN...AHMED SAYS A TAXI DRIVER TOLD
                       HIM HIS BROTHER HAD BEEN SHOT
18:03:21   E911        LOCATION:WIRELESS CALL,ANCHORAGE PD \PHONE:█████████
                       \COMP:AT&T MOBILITY \SRC:WPH2
18:03:21   SUPP        TEXT:WITN STEVE SIEVER ███████████WAS IN AN UBER AND WITN THE
                       SHOOTING.
18:04:42   SUPP        TEXT:MY CALLER IN STATE FOR A FEW DAYS AND > THE SLOPE
                       TOMORROW. THEY ARE STAYING AT HOME 2 SUITES ..GOING TO DINNER
```

```
                          AT 49STATE BREWING
18:04:49  MISCX      PER AFD, THEY ARE ENRT PROV AND ALMOST 10-7
18:05:15  CHGLOC     13C1 4501 ELMORE RD ,ANC
18:05:18  CHGLOC     23C2 4501 ELMORE RD ,ANC, W/13C1
18:06:00  BACKUP     22C1 03C1
18:06:00  ID         03C1 -63414-FREY,JESSE
18:06:09  ENROUTE    03C1
18:06:17  BACK-ER    03C1 X7
18:06:17  ID         X7 -27973-HUSTON,SCOTT
18:07:02  SUPP       TEXT:CITZ TOM MCGRATH 100 W 15TH #A,▮▮▮▮▮▮▮, MAY POSS HAVE
                     VIDEO FROM HIS HOME SECURITY CAMERA'S...LLG
18:07:06  CHGLOC     21C1 4501 ELMORE RD ,ANC, W/23C2
18:07:08  ONSCENE    43C1
18:07:08  CHGLOC     23C2 4501 ELMORE RD ,ANC
18:07:09  ONSCENOK   03C1
18:08:08  BACK-OS    24C2 13C2
18:08:08  ID         13C2 -63695-KONTESS,DANIEL
18:08:45  CHGLOCOS   03C1 BRISTOL BAY BLDG
18:09:32  MISC       43C1, DO WE HAVE A NAME YET?
18:09:54  ONSCENE    X7
18:09:57  MISC       .506, *** I SENT UPDDATED COMMAND TEXT, SAYING OCCURED AT 16/A
18:11:04  ONSCENOK   43C1
18:11:04  ONSCENOK   X7
18:12:07  CHGLOCOS   X7 3220 PROVIDENCE DR ,ANC
18:12:33  CHGLOC     25C2 4501 ELMORE RD ,ANC, W/22C2
18:12:39  CHGLOC     25C1 4501 ELMORE RD ,ANC, W/22C2 RECRUIT
18:14:59  ONSCENOK   X7
18:15:18  ONSCENOK   13C2
18:16:01  SUPP       TEXT:(CLEARED SCREEN BY ACCIDENT) MA ON 911 SAYING IT WAS HIS
                     BROTHER THAT WAS SHOT, AND HE WAS AT 16TH/A, CALLED FROM 830-
                     2875, ASKED HIM TO CALL 311
18:16:53  CHGLOC     22C2 4501 ELMORE RD ,ANC
18:17:16  MISC       .506, UNITS ADV OF BROTHER CALLING
18:18:00  ONSCENE    13C1
18:18:02  ONSCENOK   13C1
18:18:13  MISC       24C2, GET DESCRIPTION
18:18:31  MISC       22C1, I'M WITH THE BROTHER
18:18:38  MISC       .506, BROTHER AHMED IS LSW SMALL WHI TSHIRT
18:19:27  ONSCENOK   21C1
18:19:37  ONSCENOK   23C2
18:20:21  Q-QUERY    13C2 @JNS697
18:22:10  ONSCENOK   03C1
18:22:49  MISC       22C1, VIC IS BISHAR HASSAN 1/1/88
18:25:32  ONSCENOK   25C1
18:25:39  ONSCENOK   25C2
18:25:57  CHGLOC     23C2 4501 ELMORE RD ,ANC, W/BROTHER
18:26:12  ONSCENOK   22C2
18:26:51  MISC       X1, MOVE THE 44 TO CH4
18:28:28  CHGLOCOS   23C1 4501 ELMORE RD ,ANC
18:28:30  ONSCENOK   23C1
18:30:42  CHGLOC     13C2 4501 ELMORE RD ,ANC, W/BROTHER
18:31:18  CHGLOCOS   23C2 E 16TH AV/A ST ,ANC
18:32:03  CHGLOC     23C2 4501 ELMORE RD ,ANC
18:32:07  CHGLOCOS   13C2 E 16TH AV/A ST ,ANC
18:32:09  ONSCENOK   13C2
18:32:23  MISC       23C2, I HAVE THE BROTHER
```

```
18:34:39   MISC      .506, * PER X1 A ST IS CLOSED BETWN 12-16
18:35:30   MISC      .506, PPL MOVER CALLED IN TO ASK ABOUT PREV COMMENT TRYING TO
                     REROUTE THEIR BUSES. THEY ARE ADVISED.
18:37:50   MISC      24C1, MEDIA IS 10-7
18:37:54   CHGLOCOS  45C1 1553 A ST ,ANC
18:39:19   CHGLOCOS  03C1 1553 A ST ,ANC
18:39:25   CHGLOCOS  45C1 1553 A ST ,ANC
18:39:40   BACKUP    03C1 X10
18:39:40   ID        X10 -1527-BAKKEN,MARK
18:40:09   NEWLOC    LOCATION:3101 A ST ,ANC-->1553 A ST ,ANC
18:41:11   CHGLOCOS  13C2 4501 ELMORE RD ,ANC
18:41:16   ONSCENOK  13C2
18:41:48   ONSCENOK  45C1
18:41:55   MISC      24C1, PER 24C1 THE MEDIA IS 10-7 NOW[04/01/19184155001]
18:44:32   ONSCENE   X10
18:44:56   BACK-ER   25C2 CS16
18:44:56   ID        CS16 -27994-KARSTETTER,MARK
18:45:03   CHGLOC    CS16 E 16TH AV/A ST ,ANC
18:50:17   ONSCENOK  X10
18:57:40   BACK-OS   CS16 CS7
18:57:40   ID        CS7 -30109-ELBIE,JEFFREY L
18:57:43   CHGLOCOS  CS7 6280 BURLWOOD ST ,ANC
18:57:51   CHGLOC    CS7 E 16TH AV/A ST ,ANC
18:57:55   MISC      CS7, TO SCENE
19:05:44   CHGLOCOS  23C2 1553 A ST ,ANC, PER QAVL
19:05:47   ONSCENOK  23C2
19:05:53   ONSCENE   CS7
19:05:55   ONSCENOK  CS7
19:07:46   ONSCENOK  CS16, PER QAVL
19:10:52   CHGLOCOS  03C1 100 W 15TH AV ,ANC
19:12:04   CHGLOC    X7 23-APD
19:12:57   BACKUP    CS16 CS17
19:12:57   ID        CS17 -1380-GALLARDO,CLARA
19:18:40   INSRVICE  43C1, S
19:21:15   ONSCENOK  03C1
19:21:28   ONSCENE   X7
19:21:43   CLEAR     25C2 C
19:21:54   MISC      .506, 25C2 IS SUPP
19:23:18   ONSCENE   CS17
19:23:19   ONSCENOK  CS17
19:25:12   MISC      .506, PER X1, CTC PEOPLE MOVER, WE NEED THE VIDEO FROM INSIDE
                     THE BUS.. BUS OR ROUTE #25. NEED FROM THE TIME HE ENTERED TO
                     THE TIME HE GOT OFF THE BUS JUST N OF 16TH/A ST AROUND 3 MIN
                     PRIOR TO THE SHOOTING
19:27:19   NEWLOC    LOCATION:1553 A ST ,ANC-->3101 A ST ,ANC, CALL GOT NEW
                     ADDRESSED FOR SHOOTING SCENE 16TH/A AT 18:40:09, BUT CALL BEGAN
                     AT WALMART MIDTOWN (3101 A ST)
19:27:27   ONSCENOK  X7
19:27:28   MISC      .506, ,
19:29:32   MISC      .506, PEOPLE MOVER ADVISED, THEY WILL CALL US WHEN THE VIDEO IS
                     READY
19:39:16   INSRVICE  X7
19:45:39   CHGLOCOS  03C1 W 16TH AV/A ST ,ANC
19:45:41   ONSCENOK  03C1
19:48:13   SUPP      TEXT:JASON PH #212-2584 FROM PROVIDENCE CALLED VICT IS 11-29
19:48:31   MISC      .506, IT WAS OFC VALENCIA WHO ARRIVED ON SCENE PRIOR TO
```

```
                        MEDICS...H239...SHE IS SUPP
19:49:08  MISC      .506, X1 COPIES 1129
19:50:31  MISC      .506, AND X7 COPIED ALSO, ON NORTH
19:50:35  MISC      .506, AND SUPO1
19:50:44  MISC      .506, 'SUP1', THAT IS
19:51:33  CHGLOC    03C1 23-APD
19:55:16  CHGLOC    X1 4501 ELMORE RD ,ANC
19:56:12  BACKUP    CS17 X7
19:56:12  ID        X7 -27973-HUSTON,SCOTT
19:56:21  CHGLOC    X7 PROV ER
20:04:27  ONSCENE   03C1
20:07:00  BACK-ER   X7 43C1
20:07:00  ID        43C1 -1541-ROBERTSON,CHARLES
20:07:11  MISC      43C1, WHEN 43C1 IS DONE THEY NEED HIM AT PROV FOR UI PER X7 PLS
                    [04/01/19200711001]
20:07:51  CHGLOC    13C1 11311 BRIDGER PL EAGLE RIVER, W/23C2
20:08:36  ONSCENOK  03C1
20:10:18  ONSCENE   X7
20:11:05  INSRVICE  26C, S
20:12:56  ONSCENE   X1
20:18:47  MISC      X1, NEED OFC AT 23 FOR PA1020, MEET US IN HOMICIDE
20:18:52  BACK-ER   X1 26C
20:18:52  ID        26C -60047-GOULD,JONATHAN
20:19:16  INSRVICE  26C
20:24:43  ONSCENOK  X1
20:24:43  ONSCENOK  X7
20:24:58  INSRVICE  25C1
20:26:05  ONSCENE   13C1
20:26:05  ONSCENOK  13C1
20:26:46  CHGLOC    13C1 12001 BUSINESS BL #146 ,EAG
20:27:24  CHGLOC    13C2 5830 E NORTHERN LIGHTS BL ,ANC, WITH 03C1, GOING TO
                    TRANSPORT BROTHER HERE
20:27:32  CHGLOC    X1 5830 E NORTHERN LIGHTS BL ,ANC
20:32:06  ONSCENOK  13C1
20:32:06  ONSCENE   13C1
20:33:10  ONSCENOK  43C1
20:33:48  MISC      .506, ME IS > PROV TO 10-5 WITH OFCS
20:34:41  CHGLOCOS  03C1 5830 E NORTHERN LIGHTS BL ,ANC, W/ X1
20:34:44  MISC      .506, ** M.E. ***
20:35:49  MISC      03C1, OUT AT #C
20:35:58  CHGLOCOS  03C1 1927 PRIMROSE PL #C ,ANC
20:36:47  CHGLOCOS  03C1 5830 E NORTHERN LIGHTS BL ,ANC, W/ X1, 10-6 THE PRIMROSE
                    21, WRONG UNIT
20:48:53  INSRVICE  13C1, SUPP
20:52:35  INSRVICE  X7
20:53:30  BACKUP    X10 13C1
20:53:30  ID        13C1 -63026-HICKMAN,MATTHEW
20:53:50  CHGLOC    13C1 E 10TH AV/A ST ,ANC
20:53:52  CHGLOCOS  X10 E 10TH AV/A ST ,ANC
20:57:04  CHGLOC    13C2 10-23, BACK > W/ 03C1
20:58:44  ONSCENE   X1
20:58:59  INSRVICE  43C1
21:01:44  DISPOSTN  R
21:02:08  ONSCENE   13C2
21:02:11  ONSCENOK  13C2
21:03:11  CHGLOCOS  X1 4501 ELMORE RD ,ANC
```

SER-42
Case 3:21-cv-00076-SLG   Document 34-1   Filed 10/05/22   Page 9 of 13  MOA 000041
file:///C:/Tiburon/Anchorage7511_LIVE/Cad/Message/MessageDisplay02.htm          7/25/2019

Case: 23-35466, 11/13/2023, ID: 12823409, DktEntry: 16, Page 43 of 44

```
21:03:13   ONSCENOK    X1
21:03:17   ONSCENOK    X10
21:07:43   ONSCENE     13C1
21:07:43   ONSCENOK    13C1
21:11:14   CHGLOC      13C1 23-APD
21:14:41   PREEMPT     X1
21:18:10   PREEMPT     13C2
21:23:48   INSRVICE    03C1, SUPP
21:24:32   ONSCENE     13C1
21:24:34   ONSCENOK    13C1
21:26:07   BACK-OS     23C1 X1
21:26:07   ID          X1 -29480-MITCHELL,NATHAN
21:26:10   INSRVICE    X1
21:32:00   MISC        21C1, ILL BE >> EKLUTNA TO DROP OFF 23C1 (OFC LEWIS)
                       [04/01/19213200001]
21:32:01   CHGLOC      21C1 EKLUTNA
21:36:08   INSRVICE    13C1
22:07:39   INSRVICE    21C1, S
22:12:11   MISC        .506, 22:03 HRS, JARED W/ M.E.'S OFFICE 334-2200 CALLING IN FOR
                       CASE #. HE SAYS HE REESPONED TO PROV ER TO PICK UP THE BODY AND
                       HAS XPORTED AND NOW 10-7 BACKTO M.E.'S OFFICE W/ THE BODY. HE
                       STILL HAS SUBJ AS UNIDENTIFIED. MTF
22:13:59   MISC        .506, I PROVIDED CALL TIME 17:42 AND ORIG LOCATION & SHOTS
                       FIRED TIME 17:51 AND SCENE 16/A. HE PROVIDED MORE PRECISE TIME
                       OF 19:34 WHEN PROV ER TOLD HIM SUBJ WAS 11-29 (WE WERE
                       NOTIFIED/CAD LOGGED AT 19:48)
22:14:01   MISC        .506, ,
22:15:29   MISC        .506, RQST'S ID INFO WHEN AVAIL AND NOK INFO ALSO WHEN IT MAY
                       BECOME AVAIL.
22:15:31   MISC        .506, ,
22:19:24   MISC        .506, PER X7/S.HUSTON 10-2 TO PROVIDE SUSP/VICT ID TO M.E.
22:23:47   MISC        .506, JARED AT M.E.'S OFFCE PROVIDED W/ SUSP/VICT NAME 'BISHAR
                       ALI HASSAN' (MA) DOB/1-1-1988, ADL # 7464737, AND HIS SSN#
22:23:49   MISC        .506, ,
22:27:56   BACK-OS     X10 13C2
22:27:56   ID          13C2 -63695-KONTESS,DANIEL
22:27:58   CHGLOCOS    13C2 4501 ELMORE RD ,ANC
22:27:59   ONSCENOK    13C2
22:29:10   INSRVICE    13C2, SUP
23:25:04   CHGLOC      24C2 23 FOR FLARES
23:25:36   BACK-OS     22C1 21C1
23:25:36   ID          21C1 -63431-SEE,JEREMY
23:25:48   ONSCENOK    21C1
23:33:16   ONSCENE     24C2
23:34:16   ONSCENOK    24C2
23:44:19   CHGLOC      24C2 E 16TH AV/A ST ,ANC
23:51:00   ONSCENE     24C2
23:51:06   BACKUP      22C1 11C1
23:51:06   ID          11C1 -63408-ARGUE,MICHAEL
23:51:07   ONSCENOK    24C2
23:51:22   CHGLOC      11C1 23, DRIVING OFC HALL'S PATROL CAR BACK TO 23
04/02/19
00:05:57   ONSCENE     11C1
00:06:00   ONSCENOK    11C1
00:20:14   INSRVICE    24C2
00:41:56   MISC        .506, PPL MOVER DISPATCH UNABLE TO DOWLOAD VIDEO TONIGHT. WILL
```

```
                        RETRY TOMORROW, SYSTEM IS NOT COOPERATING BUT THEY DO HAVE
                        REQUEST AND WILL CALL WHEN COMPLETED
00:46:31   CHGLOC    CS7 6280 BURLWOOD ST ,ANC
00:46:43   CHGLOC    CS17 4501 ELMORE RD ,ANC
00:46:50   CHGLOC    X10 23
00:47:16   INSRVICE  CS16, SUP
00:51:55   MISC      24C1, CLEAR 44 ON 4 WE DONT NEED IT
00:53:05   MISC      24C1, **A STREET IS OPEN
00:54:21   CHGLOC    24C1 23-APD
00:54:45   INSRVICE  22C1, SUP
00:54:48   INSRVICE  21C1
00:55:52   ONSCENE   CS17
00:56:00   ONSCENOK  CS17
00:56:44   CLEAR     X10 S
01:04:22   ONSCENE   24C1
01:04:46   CLEAR     24C1 C
01:13:22   INSRVICE  11C1
01:34:41   INSRVICE  22C2
01:34:48   INSRVICE  23C1
01:34:52   INSRVICE  23C2
01:34:57   INSRVICE  45C1
01:36:07   ONSCENOK  CS7
01:44:01   INSRVICE  CS7, SUP
07:18:24   INSRVICE  CS17
07:18:24   CLOSE     CS17
04/03/19
04:42:05   FNLTYPE   FINALTYPE:ASSW-->HOM PRI:1P-->1
```

```
OPERATOR ASSIGNMENTS:  CT05  29442  LINDSOE,CHERYL L
                       CHS   27145  BILLIET,ROBIN L
                       CT04  62636  HOWE,NATHANIEL T.
                       CT02  27672  GREYBEAR,LUANNA LEE
                       CT01  1469   CREED,JOYCE
                       CT07  28917  LONG-MINGO,KIAHLI
                       CT09  30389  STROUD,SHARISSE M
                       CHN   1507   RUTHRUFF,SUSAN
                       CT12  0993   SYMONDS,KARREN
                       SUP1  1472   JOHNSTON,KATHLEEN
                       WLDU  63303  ENDRESS,THOMAS A
                       WLR6  1541   ROBERTSON,CHARLES
                       WLLH  27973  HUSTON,SCOTT
                       WLCN  63026  HICKMAN,MATTHEW
                       WLS9  1527   BAKKEN,MARK
        AS OF 18:57:40: CHN   26691  MILLER,REINHOLD (BILLY)
        AS OF 19:05:44: CHS   29232  GEARY,KENNI E
        AS OF 19:25:12: SUP1  0993   SYMONDS,KARREN
                       CT10  27213  MORRONE,JANET
        AS OF 19:48:13: CT02  64178  BERKOMPAS, AMANDA
        AS OF 19:48:31: CT07  29055  MACKENZIE,DANIEL
                       WLN1  63414  FREY,JESSE
                       WLNL  29480  MITCHELL,NATHAN
        AS OF 21:01:44: CT01  1368   POTHS,GINA
        AS OF 22:12:11: SUP1  26691  MILLER,REINHOLD (BILLY)
        AS OF 22:27:56: CHN   62636  HOWE,NATHANIEL T.
        AS OF 23:25:04: CHS   1368   POTHS,GINA
                       WLZJ  63703  REID,BARRY
                       CH2   27213  MORRONE,JANET
                       WLK4  63408  ARGUE,MICHAEL
                       WLC1  63431  SEE,JEREMY
                       WLDS  1380   GALLARDO,CLARA
        AS OF 01:34:41: SUP1  28444  ERICKSON,JANA
        AS OF 07:18:24: CHN   29231  RICH,SHEILA A
        AS OF 04:42:05: SUP1  28536  BLANTON,KARA
```